Nina Wilder
SBN 100474
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile   (415) 552-2703

Attorneys for Defendant,
MANUEL CORONA CONTRERAS

IN THE UNITED STATES DISTRICT COURT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-0083 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER PERMITTING |
| | ) | DEFENDANTS TO USE MP3 |
| | ) | AUDIO PLAYERS TO REVIEW |
| | ) | DISCOVERY AT GLENN |
| vs. | ) | DYER JAIL [P̶r̶o̶p̶o̶s̶e̶d̶] |
| | ) | |
| GUILLERMO ALEJANDRO ZARAGOZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:   ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GLENN DYER FACILITY:

YOU ARE HEREBY DIRECTED to permit the following defendants to use an approved MP3 player in order to review audio discovery at Glenn Dyer Jail:

ZARAGOZA, GUILLERMO ALEJANDRO

CONTRERAS, MANUEL CORONA

QUEZADA, DAVID BEJINEZ

VALENCIA, MARTEL MURILLO

ZARAGOZA, EDUARDO

ZARAGOZA, MARTIN ESTRADA

ORDER RE: JAIL MP3 PLAYERS
(CR-08-083 PJH)

1    Each defendant who requests an MP3 player will be permitted to have his own device.
2 At least two of the defendants, GILLERMO ALEJANDRO ZARAGOZA and MARTIN
3 ZARAGOZA, will require two MP3 players because of the volume of audio discovery pertaining
4 to them.
5    The MP3 players will be delivered to Inmate Services or to individual defendants by their
6 counsel, as directed by the facility's administration.
7 IT IS SO ORDERED.

9 Dated:  April 28      , 2008        _____
10                   HONORABLE
                     United States

IT IS SO ORDERED.
Judge Phyllis J. Hamilton